1  Name: Steven Cross, Sandara Jenkins, US Public Does 1 to 1 Billion
2  Address: 10174 Austin Dr. #2535 Spring Valley, Ca 91979
3  Telephone Phone: no phone
4  Email: no email

**FILED**
Feb 26 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ SusanNyamanjiva  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

US. Public: Natural Citizens using Incorporation Representation Proxies contracted / non contracted by Domestic Enemy Fraud & otherwise. Sandara Jenkins, Steven Cross, Does 1 to 1 Billion,

Plaintiff(s),

v. People in US defined a Domestic Enemies; Broken oaths to US Constitution Pledged allegiance to foreign Country; Ca Dept. of Real Estate (Gov.), Ann Busby, Liz Hackett, Does 1 to 1 Billion & their attorneys,

Defendant(s).

Case No.: **'24CV0369 BAS VET**
(assigned at time of filing)

**COMPLAINT**
Contract Fraud under treason, Subversion, Fraud

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?
   ☐ Yes   ☐ No   More than likely. All related.

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM
*(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* Complaint is self explanatory. All parties of Defendants listed and coming inclusion

1

1  have committed Contract Fraud under treason,
2  subversion, fraud, other crimes on a daily, monthly, yearly
3  basis to all the US Public and plaintiffs, noted and
4  coming to be included or identified.

III. **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you. Do not use this space to state the facts of your claim.)*

The Court does not know what the Law of U.S. Constitution dicates?

The

What is the Law (US Constitution) state on Fraud Cases?, Treason cases?

3

**IV.   DEMAND FOR JURY TRIAL** ~~(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)~~ per US Constitution

☐ Yes    ☐ No   All trials are decided by trial of jury of peers' otherwise not a democracy.

I declare under penalty of perjury that the foregoing is true and correct.

2·24·24                              Sandara P. Jenkins
Date                                  Signature

SANDARA P. JENKINS
Printed Name

C USPublic

2/24/24     Cross
            Steven D, Cross

4

IV. **DEMAND FOR JURY TRIAL** ~~(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)~~ *pursuant to U.S. Constitution*

☒ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

2-24-24      Sandara Pearl Jenkins, U.S. Public
Date         Signature

             Sandara Pearl Jenkins
             Printed Name

2/24/24 Steven Cross

4